# Court of Appeals
# of the State of Georgia

ATLANTA,___May 09, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A1317. MELITA GARCIA v. CAH 2014-1 BORROWER LLC.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Melita Garcia appealed to the state court, which entered a writ of possession in favor of the plaintiff. Garcia now seeks this court's review of the state court's decision. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Garcia was required to follow the discretionary appeal procedures to obtain further appellate review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___05/09/2016___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*